IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CV223 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| B. SHARI BURNS, As President of B. Shari Burns, MD, PC, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Notice of Case Dismissal. For the reason stated in the Notice,

IT IS ORDERED:

1. The Notice of Case Dismissal (Filing No. 8) is approved;

2. The Petition is dismissed without prejudice;

3. The parties will pay their own costs and attorney fees unless otherwise agreed in writing by and between them; and

4. The Clerk is directed to close this matter for statistical purposes.

DATED this 4th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge